```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> SFMIC/SMG FACILITY SERVICES, also ) <br> known as SMG- FACILITY SERVICES, a ) <br> corporation ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | NO.  C 09 3501 MMC <br><br> ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

IT IS ORDERED that the Case Management Conference in this case set for November 13, 2009 continued to ~~December 18, 2009~~ at 10:30 a.m. in Courtroom 7, 19th Floor, 450 Golden Gate Avenue, San Francisco, CA. A Joint Case Management Statement shall be filed no later than January 8, 2010.

Dated: November 5, 2009

_____
Honorable Maxine M. Chesney

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE