```
1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiff
5
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NORTHWEST ADMINISTRATORS, INC., | ) | NO.  C 09 3501 MMC |
| | ) | |
| Plaintiffs, | ) | ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |
| vs. | ) | |
| SFMIC/SMG FACILITY SERVICES, also known as SMG- FACILITY SERVICES, a corporation | ) | |
| Defendant. | ) | |

IT IS ORDERED that the Case Management Conference in this case set for November 13, 2009 continued to ~~December 18, 2009~~ January 15, 2010 at 10:30 a.m. in Courtroom 7, 19th Floor, 450 Golden Gate Avenue, San Francisco, CA. A Joint Case Management Statement shall be filed no later than January 8, 2010.

Dated: November 5, 2009

_/s/ Maxine M. Chesney_
Honorable Maxine M. Chesney

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE